IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:15-mj-21-SRW |
| | ) | |
| MICHAEL ALBERT FOCIA | ) | |

## GOVERNMENT'S MOTION FOR DETENTION

Comes now the United States of America, by and through George L. Beck, Jr., United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for detention for the above-captioned defendant.

1. Eligibility of Cases

    This case is eligible for a detention order because this case involves:

    _____     10 + year crime of violence (18 U.S.C. § 3156)

    _____     10 + year federal crime of terrorism (18 U.S.C. § 2332b(g)(5)(B))

    _____     Maximum sentence of life imprisonment or death

    _____     10 + year drug offense

    _____     Felony, with two prior convictions in the above categories

    _____     Felony involving a minor victim

    ___X___     Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon

    _____     Failure to register as a sex offender (18 U.S.C. § 2250)

    ___X___     Serious risk the defendant will flee

    ___X___     Serious risk of obstruction of justice

2. <u>Reason for Detention</u>

The Court should detain defendants because there are no conditions of release which will reasonably assure:

\_\_\_X\_\_    Defendants' appearance as required

\_\_\_X\_\_\_    Safety of any other person and the community

3. <u>Rebuttable Presumption</u>

The United States will not invoke the rebuttable presumption against defendant under Section 3142(e).

_____    Previous conviction for "eligible" offense committed while on pretrial bond, and a period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described

_____    Probable cause to believe defendant committed 10 + year drug offense or probable cause to believe that defendant committed a crime in which a firearm was used or carried under Section 924(c)

_____    Probable cause to believe defendant conspired to kill, kidnap, maim, or injure persons in a foreign country as prohibited under 18 U.S.C. § 956(a)

_____    Probable cause to believe defendant committed act of terrorism transcending national boundaries (18 U.S.C. § 2332) or a 10 + year federal crime of terrorism as defined in 18 U.S.C. § 2332b(g)(5)(B))

_____    Probable cause to believe defendant committed 10 + year offense involving a minor victim

4. <u>Time for Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

_____    At the initial appearance

\_\_\_X\_\_\_\_    After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 30th day of January, 2015.

                    GEORGE L. BECK, JR.
                    UNITED STATES ATTORNEY

                    /s/Gray M. Borden
                    GRAY M. BORDEN
                    Assistant United States Attorney
                    131 Clayton Street
                    Montgomery, Alabama 36101-0197
                    Phone: 334-223-7280
                    FAX:    334-223-7135
                    E-mail: gray.m.borden@usdoj.gov